# UNITED STATES DISTRICT COURT OF CALIFORNIA
# NORTHERN DISTRICT

| | |
|---|---|
| GARED HANSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; GREGORY P. SUHR, individually and in his official capacity as Chief of Police; GEORGE GASCON, individually and in his official capacity as former Chief of Police; and DOES 1 THROUGH 10 inclusive,<br><br>    Defendants. | Case No.: CV 12 4210 ~~DMR~~<br><br>Honorable Susan Illston<br>U.S. Magistrate Judge<br><br>[~~PROPOSED~~] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE<br><br>THE COURT INITIATES ALL CONFERENCE CALLS.  PLEASE CONTACT THE CLERK TO PROVIDE PHONE NUMBER |

[~~PROPOSED~~] ORDER

The Court hereby grants the request for Russell M. Perry to appear telephonically at the Case Management Conference, on December 7, 2012 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: __12/3/12_____    By: _____[signature: Susan Illston]_____
                                  Honorable Susan Illston
                                  U.S. Magistrate Judge

---

1

[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE

*LACKIE, DAMMEIER & MCGILL, A PROFESSIONAL CORPORATION*