# UNITED STATES DISTRICT COURT OF CALIFORNIA
## NORTHERN DISTRICT

| | |
|---|---|
| GARED HANSEN, | Case No.: CV 12 4210 ~~DMR~~ |
| Plaintiff, | Honorable Susan Illston<br>U.S. Magistrate Judge |
| vs. | [~~PROPOSED~~] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE |
| CITY OF SAN FRANCISCO, a municipal corporation; GREGORY P. SUHR, individually and in his official capacity as Chief of Police; GEORGE GASCON, individually and in his official capacity as former Chief of Police; and DOES 1 THROUGH 10 inclusive, | |
| Defendants. | |

THE COURT INITIATES ALL CONFERENCE CALLS.  PLEASE CONTACT THE CLERK TO PROVIDE PHONE NUMBER

[~~PROPOSED~~] ORDER

The Court hereby grants the request for Russell M. Perry to appear telephonically at the Case Management Conference, on December 7, 2012 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: __12/3/12__        By: _[signature: Susan Illston]_
                                             Honorable Susan Illston
                                             U.S. Magistrate Judge

---

1
[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE

LACKIE, DAMMEIER & MCGILL
A PROFESSIONAL CORPORATION