IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARED HANSEN,　　　　　　　　　　　　　　　No. C 12-04210 SI

        Plaintiff,　　　　　　　　　　　　　　**PRETRIAL PREPARATION ORDER**

  v.

CITY OF SAN FRANCISCO,

        Defendant.
                                      /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 03/08/2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 08/23/2013.

DESIGNATION OF EXPERTS: 10/07/2013; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/18/2013.

DISPOSITIVE MOTIONS **SHALL** be filed by 08/30/2013;

    Opp. Due 09/13/2013; Reply Due 09/20/2013;

    and set for hearing no later than 10/04/2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 11/05/2013 at 3:30 PM.

JURY TRIAL DATE: 11/18/2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 3-6 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
ENE deadline is 01/30/2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/10/2012

                                            SUSAN ILLSTON
                                            United States District Judge

**United States District Court**
For the Northern District of California