IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARED HANSEN, | No. C 12-04210 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF SAN FRANCISCO, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 03/08/2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 08/23/2013.

DESIGNATION OF EXPERTS: 10/07/2013; REBUTTAL: n/a.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/18/2013.

DISPOSITIVE MOTIONS **SHALL** be filed by 08/30/2013;

  Opp. Due 09/13/2013;  Reply Due 09/20/2013;

  and set for hearing no later than 10/04/2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 11/05/2013 at 3:30 PM.

JURY TRIAL DATE: 11/18/2013 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 3-6 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
ENE deadline is 01/30/2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/10/2012

SUSAN ILLSTON
United States District Judge