Dennis J. Herrera (SBN: 139669)
City Attorney
Elizabeth Salveson (SBN: 83788)
Chief Labor Attorney
Lisa B. Berkowitz (SBN 167657)
Deputy City Attorney
1390 Market Street, 5th Floor
San Francisco, CA 94102
Telephone: 415-554-3825
Facsimile: 415-554-4248
lisa.berkowitz@sfgov.org

Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Matthew J. Weinberg (SBN: 275728)
mweinberg@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2080
San Francisco, CA 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Defendant City and County of San Francisco, Gregory P. Suhr and George Gascon

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| GARED HANSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; GREGORY P. SUHR, individually and in his official capacity as Chief of Police; GEORGE GASCON, individually and in his official capacity as former Chief of Police; and DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | Case No. C 12-04210 JST<br><br>**[PROPOSED]**<br>**STIPULATION AND ORDER MODIFYING PRETRIAL DEADLINES**<br><br>Trial Date:   April 28, 2014 |

WHEREAS, defendants' motion for summary judgment was heard on March 13, 2014 and is currently under submission; and

1  WHEREAS, trial in this case is set to commence on April 28, 2013; and

2  WHEREAS, there are a number of imminent deadlines which require the parties to prepare pretrial materials, with pretrial materials due to be filed on April 1, 2014; and

4  WHEREAS, the parties desire to conserve resources and to ensure that pretrial submissions conform to the scope of the case after the Court issues its order on the pending Rule 56 motions;

6  NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

7  1.  All pending pretrial deadlines are vacated pending the Court's upcoming order on Defendants' Rule 56 motion.

9  2.  The Court will set a schedule with new deadlines, if necessary, after the Court issues its order on Defendants' Rule 56 motion.

DATED: March 20, 2014          MEYERS, NAVE, RIBACK, SILVER & WILSON

By:  /s/ Arthur A. Hartinger
     Arthur A. Hartinger
     Attorneys for Defendant

DATED: March 20, 2014          GASPARD CASTILLO WINTER HARPER, APC

By:  /s/ Christopher L. Gaspard
     Christopher L. Gaspard
     Attorneys for Plaintiff

**IT IS ORDERED.**

Dated: March 26, 2014

_____
Honorable Jon S. Tigar
United States District Judge